EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re*: <br><br> Receso administrativo del Programa de Educación Jurídica Continua del 26 de diciembre de 2022 al 6 de enero de 2023, y extensión de términos | 2022 TSPR 145 <br><br> 210 DPR ___ |

Número del Caso:  EM-2022-08

Fecha:  7 de diciembre de 2022

Materia:  Receso administrativo del Programa de Educación Jurídica Continua del 26 de diciembre de 2022 al 6 de enero de 2023, y extensión de términos.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Receso administrativo del
Programa de Educación Jurídica
Continua del 26 de diciembre de
2022 al 6 de enero de 2023, y
extensión de términos

EM-2022-08

RESOLUCIÓN

En San Juan, Puerto Rico, a 7 de diciembre de 2022.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa.

El receso comprenderá desde el lunes 26 de diciembre de 2022, que es un día feriado, hasta el viernes 6 de enero de 2023, que también es un día feriado, estos inclusive. Las labores se reanudarán a partir del lunes 9 de enero de 2023. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo se extenderá hasta el lunes 23 de enero de 2023.

La extensión de término concedida en virtud de esta Resolución no aplicará a los periodos de cumplimiento de tres años que venzan entre estas fechas, según dispuesto en la Regla 29 del Reglamento del Programa.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo